# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

UNITED STATES OF AMERICA

v.

FERMIN URBINA-LLAMAS
*Aliases: Llamas, Fermin Urbina; UrbinaLlamas, Fermin; Urbina, Lllamas; Urbina, Fermin Llamos; Urbina, Fermin L.; Urbina, Fermin; Urbina, Llamas, Fermin; Llamas, Fermin U.; Urbina, Fermin Llamas*

Defendant.

Case Number: 5:22-CR-00344-XR(1)
USM Number: 15877-056

## JUDGMENT IN A CRIMINAL CASE
**(For Offenses Committed On or After November 1, 1987)**

The defendant, **FERMIN URBINA-LLAMAS,** was represented by Alfredo R. Villarreal, Esq.

The defendant pled guilty to **Count(s) One (1) of the Indictment** on July 18, 2022. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. § 1326(a)<br>8 U.S.C. § 1326(b)(1) | Illegal Re-Entry into the United States | June 8, 2022 | One (1) |

As pronounced on November 9, 2022, the defendant is sentenced as provided in pages 2 through 3 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Signed this 14th day of November, 2022.

_____
**XAVIER RODRIGUEZ**
**UNITED STATES DISTRICT JUDGE**

AO 245B (Rev. TXW 10/12) Judgment in a Criminal Case                                              Judgment -- Page 2 of 3

DEFENDANT:         FERMIN URBINA-LLAMAS
CASE NUMBER:       5:22-CR-00344-XR(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of **TIME SERVED.   On November 9, 2022, the Court entered an Order releasing the defendant to the custody of the Immigration and Customs Enforcement ("ICE"), if there were no pending detainers as to this defendant**

# RETURN

I have executed this judgment as follows:

_____
_____
_____

        Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

                                                        _____
                                                                    UNITED STATES MARSHAL

                                                        _____
                                                                              By
                                                                 DEPUTY UNITED STATES MARSHAL

DEFENDANT: FERMIN URBINA-LLAMAS
CASE NUMBER: 5:22-CR-00344-XR(1)

## CRIMINAL MONETARY PENALTIES/SCHEDULE

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth. Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. Criminal Monetary Penalties, except those payments made through Federal Bureau of Prisons' Inmate Financial Responsibility Program shall be paid through the Clerk, Attn: Mail Log, 262 W. Nueva Street, San Antonio, Texas 78207or online by Debit (credit card not accepted) or ACH payment (direct from Checking or Savings account) through pay.gov (link accessible on the landing page of the U.S. District Court's Website).  **Your mail-in or online payment must include your case number in the exact format of the DTXW522CR000344-001 to ensure proper application to your criminal monetary penalty.**  The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

|           | Assessment | Fine  | Restitution |
|-----------|-----------:|------:|------------:|
| **TOTALS** | $.00      | $.00  | $.00        |

### SPECIAL ASSESSMENT

Pursuant to 18 U.S.C. § 3573, the Government moves to remit the special assessment. Therefore, the Court does not impose a special assessment.

### FINE

The fine is waived because of the defendant's inability to pay.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column above. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. §3614.

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.